# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| HSBC MORTGAGE SERVICES, INC., | : | |
| Plaintiff, | : | Case No.  3:07CV086 |
| vs. | : | District Judge Walter Herbert Rice |
| | | Magistrate Judge Sharon L. Ovington |
| JESSICA BERTELSON, *et al*., | : | |
| Defendants. | : | |

## REPORT AND RECOMMENDATIONS[1]

Plaintiff states in its Motion To Dismiss Claims Under Fed. R. Civ. P. 41(a)(2) that it has elected not to continue to prosecute this case.  (Doc. #6).  As a result, dismissal of Plaintiff's claims at Plaintiff's costs is warranted under Rule 41(a)(2).  It is therefore recommended that Plaintiff's Motion To Dismiss Claims Under Fed. R. Civ. P. 41(a)(2) (Doc. #6) be GRANTED, Plaintiff's claims be DISMISSED at Plaintiff's costs, and the case be terminated on the docket of this Court.

May 21, 2007

                   s/Sharon L. Ovington  
                   Sharon L. Ovington  
                 United States Magistrate Judge

---

[1] Attached hereto is a NOTICE to the parties regarding objections to this Report and Recommendations.

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within ten days after being served with this Report and Recommendations. Pursuant to Fed. R. Civ. P. 6(e), this period is extended to thirteen days (excluding intervening Saturdays, Sundays, and legal holidays) because this Report is being served by mail. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendations are based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within ten days after being served with a copy thereof.

Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See United States v. Walters*, 638 F. 2d 947 (6th Cir. 1981); *Thomas v. Arn,* 474 U.S. 140 (1985).