IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

HSBC MORTGAGE SERVICES, INC., :

    Plaintiff, :

                          Case No. 3:07CV086

vs. :      District Judge Walter Herbert Rice
                          : Magistrate Judge Sharon L. Ovington

JESSICA BERTELSON, *et al.*,
                          :
    Defendant.
                         :

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON MAY 21, 2007 (Doc. #7); DISMISSING PLAINTIFF'S CLAIMS AT PLAINTIFF'S COSTS; AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

    The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #7), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

    It is therefore **ORDERED** that:

    1.    The Report and Recommendations filed on May 21, 2007 (Doc. #7) is ADOPTED in full;

2.  Plaintiff's claims are DISMISSED at Plaintiff's costs; and

3.  The case is terminated on the docket of this Court.

                                                          Walter Herbert Rice
                                                   United States District Judge